**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Rupal <br> First name <br> K. <br> Middle name <br> Patel <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br> _____ <br> Middle name <br> _____ <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and doing business as names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 6 3 9 4 <br> OR <br> 9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ |

Debtor 1     Rupal K. Patel
_____
First Name     Middle Name     Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:

_____
EIN

_____
EIN

_____
EIN

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

_____
EIN

_____
EIN

_____
EIN

_____
EIN

**5. Where you live**

1 Hillside Road
_____
Number     Street

_____

Denville                          NJ     07834
_____
City                          State     ZIP Code

Morris County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                          State     ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number     Street

_____

_____
City                          State     ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                          State     ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Rupal K. Patel | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Rupal K. Patel

First Name     Middle Name     Last Name       Case number (if known)_____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

Number     Street

_____

_____

City                    State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

| Debtor 1 | Rupal K. Patel | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Rupal K. Patel
_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ☐ No
  ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 , or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Rupal K. Patel
_____
Signature of Debtor 1

✘ _____
Signature of Debtor 2

Executed on   08/21/2024
_____
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

---

Debtor 1    Rupal K. Patel
_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ David Stevens
_____
Signature of Attorney for Debtor

Date  08/21/2024
_____
MM   /   DD  / YYYY

David Stevens
_____
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
_____
Firm name

1599 Hamburg Turnpike
_____
Number    Street

_____

Wayne                              NJ          07470
_____
City                               State       ZIP Code

Contact phone  973-696-8391          Email address  dstevens@scura.com
_____                            _____

034422007                           NJ
_____            _____
Bar number                          State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rupal K. Patel | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number
(If known)  _____

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

Lopa Patel
Creditor's Name

7319 Meadow Wood Way
Number        Street

Clarksville         MD     21029
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$ 2,750,000.00

**2**

Premium Merchant Funding 26, LLC
Creditor's Name

Attn: President/CEO/Officer of the Institut
Number        Street

55 Water Street

New York            NJ     10004
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  – $_____
Unsecured claim  $_____

$ 848,562.35

| Debtor 1 | Rupal K. Patel | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**3**

Jagdish Jaisinghani
Creditor's Name

300 Flower Lane
Number      Street

Morganville          NJ      07751
City                        State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:        – $_____
          Unsecured claim            $_____

$395,159.73

---

**4**

Jagadeesan Poola
Creditor's Name

7 Park Dr. East
Number      Street

Old Westbury          NY      11568
City                          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:        – $_____
          Unsecured claim            $_____

$325,000.00

---

**5**

Kamlesh Mehta
Creditor's Name

22 Hemingway Dr.
Number      Street

Huntington Station    NY    11746
City                            State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:        – $_____
          Unsecured claim            $_____

$325,000.00

---

**6**

Kalyani & Sandeep Bhatia
Creditor's Name

610 Vale Drive
Number      Street

Morganville          NJ      07751
City                        State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:        – $_____
          Unsecured claim            $_____

$260,456.11

---

**7**

Divyang Gupta
Creditor's Name

2009 Ballantine Lane
Number      Street

Warrington          PA    18976
City                        State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
          Value of security:        – $_____
          Unsecured claim            $_____

$253,445.00

---

29

| Debtor 1 | Rupal K. Patel | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Unsecured claim |
|---|---|---|---|

**8**   Commercial Capital
Creditor's Name

Attn: President/CEO/Registered Agent
Number        Street

55 Broadway #201

Hicksville        NY    11801
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    – $_____
            Unsecured claim    $_____

$ 250,000.00

---

**9**   REM Capital
Creditor's Name

Attn: President/CEO/Registered Agent
Number        Street

835 129th St NE

Bradenton        FL    34212
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    – $_____
            Unsecured claim    $_____

$ 206,000.00

---

**10**   Manish Patel
Creditor's Name

39 Goodwin Dr
Number        Street

North Brunswick        NJ    08920
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    – $_____
            Unsecured claim    $_____

$ 183,826.56

---

**11**   Sneha Patel
Creditor's Name

117 Wild Plum Dr.
Number        Street

Coppell        TX    75019
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    – $_____
            Unsecured claim    $_____

$ 183,049.70

---

**12**   Kalyani & Sandeep Bhatia
Creditor's Name

610 Vale Drive
Number        Street

Morganville        NJ    07751
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    – $_____
            Unsecured claim    $_____

$ 177,156.10

---

Official Form 104        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

Debtor 1   Rupal K. Patel _____        Case number *(if known)*_____

| First Name | Middle Name | Last Name |

| | | Unsecured claim |
|---|---|---|

**13** Juby Chacko
Creditor's Name

100 Cottage Place
Number    Street

Gillette            NJ    07933
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $169,531.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim         $_____

**14** Mahesh Wani & Purvi Jasani
Creditor's Name

95 Harding Ave.
Number    Street

Edison            NJ    08820
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $155,075.20

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim         $_____

**15** Premium Merchant Funding 18, LLC
Creditor's Name

Attn: President/CEO/Officer of the Institut
Number    Street

55 Water Street

New York            NJ    10004
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $122,337.63

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim         $_____

**16** Sherli & Madhusoodana Nambiar
Creditor's Name

26309 Mullinix Mill Rd
Number    Street

Mount Airy            MD    21771
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $121,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim         $_____

**17** Kalyani & Sandeep Bhatia
Creditor's Name

610 Vale Drive
Number    Street

Morganville            NJ    07751
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Monies Loaned / Advanced    $120,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:   – $_____
  - Unsecured claim         $_____

| Debtor 1 | Rupal K. Patel | | | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Unsecured claim**

---

**18**

Nimmi Mehta
Creditor's Name

22 Hemingway Dr.
Number       Street

Huntington Station      NY   11746
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? <u>Monies Loaned / Advanced</u>

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:          − $_____
  - Unsecured claim:              $_____

$ 100,000.00

---

**19**

Pruthvi Katikaneni
Creditor's Name

36 Raymound Blvd
Number       Street

Parsippany              NJ   07054
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? <u>Monies Loaned / Advanced</u>

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:          − $_____
  - Unsecured claim:              $_____

$ 100,000.00

---

**20**

Pruthvi Katikaneni
Creditor's Name

36 Raymound Blvd
Number       Street

Parsippany              NJ   07054
City                    State   ZIP Code

Contact

Contact phone

What is the nature of the claim? <u>Monies Loaned / Advanced</u>

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:          − $_____
  - Unsecured claim:              $_____

$ 100,000.00

---

Debtor 1 _____Rupal K. Patel_____     Case number (if known)_____
        First Name      Middle Name      Last Name

---

### Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**


✖ /s/ Rupal K. Patel                          ✖ _____
_____                  _____
Signature of Debtor 1                          Signature of Debtor 2

Date 08/21/2024____                           Date 08/21/2024____
    MM / DD /  YYYY                                MM / DD /  YYYY

24 Galaxies LLC
Attn: President/CEO/Registered Agent
1571 Route 46
Parsippany, NJ 07054


25 Seasons LLC
Attn CEO/President/Registered Agent
1571 Route 46
Parsippany, NJ 07054


25 Seasons, LLC
Attn: President/CEO/Registered Agent
1571 Route 46
Parsippany, NJ 07054


3 Horizons, LLC
1571 Route 46
Parsippany, NJ 07054


Alkesh Patel
6409 Reedy Song Knoll
Clarksville, MD 21029


Alok Gaur
9 Ulysses ST
Parsippany, NJ 07054


Alok Gaur, c/o CHARLES D. WHELAN III, ESQ.
475 Watchung Avenue
Suite 8
Watchung, NJ 07069


Amex
Attn: President/CEO/Officer of the Insti
P O Box 297871
Fort Lauderdale, FL 33329


Amit Singla
7330 Brookwood Way
Cumming, GA 30041


ANS Geo Inc.
Attn: President/CEO/Registered Agent
4405 South Clinton Ave.
South Plainfield, NJ 07080


Anurag Dave
1 Hillside Rd
Parsippany, NJ 07054


Anurag Dave
1 Hillside Rd
Denville, NJ 07834


Arya International, Inc.
Attn: President/CEO/Registered Agent
1571 US HWY 46, Ste 2
Parsippany, NJ 07054


Arya International, Inc.
Attn: President/CEO/Registered Agent
1571 Route 46, 2nd Floor
Parsippany, NJ 07054


Arya International, Inc.
Attn: President/CEO/Registered Agent
10571 US HWY 46, Ste 2
Parsippany, NJ 07054


Arya International, Inc.
Attn: President/CEO/Registered Agent
1571 Route 46
Parsippany, NJ 07054


Arya Plaza, LLC
Attn CEO/President/Registered Agent
1571 Route 46
Parsippany, NJ 07054


Arya Village, LLC
Attn CEO/President/Registered Agent
1571 Route 46
Parsippany, NJ 07054


Arya Village, LLC
Attn: President/CEO/Registered Agent
1571 Route 46
Parsippany, NJ 07054


Arya Village, LLC


Ashwini Kumar & Reena Jain
1 Drake Close
Millstone, NJ 08844


Ayush Shahi
312 Rahway Road
Edison, NJ 08820

Ayush Shahi, c/o THE MILUN LAW FIRM, LLC
Attn: Susan Ferreira
20 Commerce Drive, Suite 135
Cranford, NJ 07016

Ayushi Shah
312 Rahway Rd
Edison, NJ 08820

Bala Partners, LLC
Attn: President/CEO/Registered Agent
PO Box 303
Pottersville, NJ 07979

Barclays Bank Delaware
Attn: President/CEO/Officer of the Insti
Po Box 26182
Wilmington, DE 19899

Bercek & Associates
Attn: President/CEO/Registered Agent
358 Main St.
Royersford, PA 19468

Bill Cleary
1 Island Rd
Stuart, FL 34996

Capital One
Attn: President/CEO/Officer of the Insti
Po Box 85064
Glen Allen, VA 23058

Carbon Engineering
Attn: President/CEO/Registered Agent
350 North Pine St.
Summit Hill, PA 18250

Carbon Engineering, Inc.
Attn: President/CEO/Registered Agent
350 North Pine Street
Summit Hill, PA 18250

Carbon Engineering, Inc., c/o Law Offices of
Attn: Jeffrey H. Ward
2 Village Court
Hazlet, NJ 07730

Chambord, LLC
Attn: President/CEO/Registered Agent
238 Lindbergh Place, Building # 1, 2nd F
Paterson, NJ 07503

Chambord, LLC
Attn: President/CEO/Registered Agent
51 Harrison Street
Hoboken, NJ 07030

Chambord, LLC c/o Law Offices of Tejas S. Kap
Attn:  Michelle A. Ali
29 Walter Hammond Place
Waldwick, NJ 07463

Charles M. Damian, Esq.
7 Long Rd
Denville, NJ 07834

Chrebet Associates
Attn: President/CEO/Registered Agent
66 Mt Prospect Ave
Clifton, NJ 07013

Chrebet Associates
Attn: President/CEO/Registered Agent
3514 US Highway 9
Howell, NJ 07731

Citibank North America, Citicards
Attn: President/CEO/Registered Agent
Po Box 6500
Sioux Falls, SD 57117

Cofsky & Zeidman
Attn: President/CEO/Registered Agent
209 N Haddon Ave.
Haddonfield, NJ 08033

Commercial Capital
Attn: President/CEO/Registered Agent
55 Broadway #201
Hicksville, NY 11801

Daniel&Lucille Talbot & Gerard&Anita Young
5 McDermott Pass
Denville, NJ 07834

Darshan Patel
109 Oakmont Dr
Moorestown, NJ 08057

Deep Badlani
100 High St
Randolph, NJ 07869

Deepali Monani
1419 Gardenia St
Irving, TX 75063

Dhaval & Trupti Parikh
294 Dorset Ct
Piscataway, NJ 08854

Dhruvi Parikh
9 Boothbay St
Milford, CT 06460

Dipesh Modi
25741 Howerton Dr
Chantilly, VA 20152

Div. Employer Accts. NJ Dept of Labor & Workf
Attn. Bankruptcy
P.O. Box 379
Trenton, NJ 08625

Divyang Gupta
2009 Ballantine Lane
Warrington, PA 18976

Dixon Bros. Inc.
Attn: President/CEO/Registered Agent
100 Pocono Rd
Mountain Lakes, NJ 07046

Dixon Bros. Inc., c/o Ralph A. Grieco, PA
PO BOX 505
Short Hills, NJ 07078

Dixon Bros. Inc., c/o Ralph A. Grieco, PA
758 Morris Tpke
Short Hills, NJ 07078

Evolve Bank & Trust
Attn: President/CEO/Officer of the Insti
6070 Poplar Ave Ste 200
Memphis, TN 38119

Farzana Jiwani
2296 Middle Town Ct
Allen, TX 75013

Fay Servicing LLC
Attn: President/CEO/Registered Agent
440 S Lasalle St Fl 20
Chicago, IL 60605

First Data Merchant Services (Santander)
Attn: President/CEO/Officer of the Insti
555 St. Charles Dr. STE 100
Thousand Oaks, CA 91360

Frank Heogan
152 South Franklin St.
Wilkes Barre, PA 18703

Fundpality II, LLC
Attn: President/CEO/Registered Agent
100 N Lasalle Ste, Ste 710
Memphis, TN 60602

Georgia Department of Revenue
Attn: Bankruptcy
1800 Century Blvd NE
Atlanta, GA 30345

Gerard&Anita Young & Daniel&Lucille Talbot
804 Shevlin Dr.
El Cerrito, CA 94530

Harvard Business Services, Inc.
Attn: President/CEO/Registered Agent
16192 Coastal Hwy.
Lewes, DE 19958

Hemal Parikh
9 Boothbay St
Milford, CT 06460

Hirenkuma K. Patel
741 S Middlesex Ave
Colonia, NJ 07067

Internal Revenue Service
Attn: Bankruptcy
P.O. Box 7346
Philadelphia, PA 19101

ITRIA Ventures, LLC
Attn: President/CEO/Registered Agent
One Penn Plaza, STE 4530
New York, NY 10119

ITRIA Ventures, LLC
c/o  Seidman & Pincus, LLC
777 Terrace Ave, STE 508
Hasbrouck Heights, NJ 07604

Jagadeesan Poola
7 Park Dr. East
Old Westbury, NY 11568

Jagdish Jaisinghani
300 Flower Lane
Morganville, NJ 07751

Jagdish Monani
1419 Gardenia St.
Irving, TX 75063

Johnson Controls
Attn: President/CEO/Registered Agent
P.O. Box 591
Milwaukee, WI 53201

Joseph I. Sussman, P.C.
Attn: Joseph Sussman, Esq.
333 Pearsall Ave, Suite 205
Cedarhurst, NY 11516

JPMorgan Chase Bank
Attn: President/CEO/Officer of the Insti
201 N Walnut St
Wilmington, DE 19801

Juby Chacko
100 Cottage Place
Gillette, NJ 07933

Juby Chacko, c/o Steven B. Lieberman
Attn:  Steven B. Lieberman
PO Box
Somerville, NJ 08876

Jyothi Naladala
22644 Shining Harness Street
Clarksburg, MD 20871

Jyothi Naladala, c/o MIDDLEBROOKS SHAPIRO, P.
Attn:  Angela N. Stein
841 Mountain Avenue, First Floor
Springfield, NJ 07081

Kalyani & Sandeep Bhatia
610 Vale Drive
Morganville, NJ 07751

Kamlesh Mehta
22 Hemingway Dr.
Huntington Station, NY 11746

Ketaki Mahajan
73 Carriage Dr
Piscataway, NJ 08854

Kirit Galia
48 Princeton Place
Clifton, NJ 07014

Lincoln Auto Financing Services
Attn: President/CEO/Officer of the Insti
PO Box 54200
Omaha, NE 68154

Lopa Patel
7319 Meadow Wood Way
Clarksville, MD 21029

Mahesh & Purvi Soni
55 Walker Ave
Edison, NJ 08820

Mahesh Wani & Purvi Jasani
95 Harding Ave.
Edison, NJ 08820

Mahesh Wani & Purvi Jasani, c/o ARCHER & GREI
Attn: Patrick Papalia & Scott A. Sears
Court Plaza South, Suite 353, 21 Main St
Hackensack, NJ 07601

Mahesh Wani&Purvi Jasani c/o ARCHER & GREINER
Attn: Patrick Papalia & Scott A. Sears
Court Plaza South, Suite 353, 21 Main St
Hackensack, NJ 07601

Manish Patel
39 Goodwin Dr
North Brunswick, NJ 08920

Michael S. Leinoff
26 Broadway
FL 3
New York, NJ 10004

Minesh Patel
2 Saddle Court
Jamesburg, NJ 08831

Minesh Patel, c/o Lomurro Munson, LLC
Attn: President/CEO/Registered Agent
4 Paragon Way, Ste 100
Freehold, NJ 07728

Minesh Patel, c/o RAGAN & RAGAN
3100 Route 138 West
Brinley Plaza, Building One
Belmar, NJ 07719

Miral & Devano Bhatt
3 Barn Swallow Blvd
Marlboro, NJ 07746

Naveen Modi
7614 McWeadon Lane
Springfield, VA 22150

Neeraj Siddamsettiwar
56 Westgate Dr
Edison, NJ 08820

Nikita Patel
6405 Hana Rd.
Edison, NJ 08817

Nimesh Patel
4903 North Oaks Blvd
North Brunswick, NJ 08902

Nimmi Mehta
22 Hemingway Dr.
Huntington Station, NY 11746

Nirav Tripathi
28 Princeton Place
Clifton, NJ 07014

NJ Attorney General's Office
25 Market Street
Trenton, NJ 08625

Noordin Moloo
2003 Miracle Ln
Falls Church, VA 22043

Noordin Moloo, c/o  The Basil Law Group PC
Attn: Partner/Officer of the Institution
125 W 31ST ST, 19-B
New York, NY 10001

PA DEPARTMENT OF REVENUE
Attn: Bankruptcy
PO BOX 280427
Harrisburg, PA 17128

Parsippany Medical Group
Attn: President/CEO/Registered Agent
50 Cherry Hill Rd. STE 204
Parsippany, NJ 07054

PBS Consulting Engineers
Attn: President/CEO/Registered Agent
312 Rahway Rd
Edison, NJ 08820

PBS Consulting Solo 401K Trust
312 Rahway Road
Edison, NJ 08820

PBS Consulting Solo 401K Trust, c/o THE MILUN
Attn: Susan Ferreira
20 Commerce Drive, Suite 135
Cranford, NJ 07016

Planet Travels, LLC
1404 Oak Tree Rd
Suite 212
Iselin, NJ 08830

Prelude Fertility
Attn: President/CEO/Registered Agent
5000 Meridian Blvd Suite 250
Franklin, TN 37067

Premium Merchant Funding 18, LLC
Attn: President/CEO/Officer of the Insti
55 Water Street
New York, NJ 10004

Premium Merchant Funding 26, LLC
Attn: President/CEO/Officer of the Insti
55 Water Street
New York, NJ 10004

Pruthvi Katikaneni
36 Raymound Blvd
Parsippany, NJ 07054

Punam & Bharat, LLC
Attn CEO/President/Registered Agent
5081 Milford Road
East Stroudsburg, PA 18302

Rajesh Mansukhlal Rathod
11 Hawser Way
Randolph, NJ 07869

Rashmi K. Patel
25 Upper Rainbow Trail
Denville, NJ 07834

RBS Environmental
Attn: President/CEO/Registered Agent
6001 Savoy Dr. STE 110
Houston, TX 77036

REM Capital
Attn: President/CEO/Registered Agent
835 129th St NE
Bradenton, FL 34212

REM Capital, c/o Nick Bhakta Law
3309 Forrest Creek Dr. STE 202
Round Rock, TX 78664

Rinesh Jain
1501 Timber Oaks Rd
Edison, NJ 08820

Rupesh Patel & Wenya Fan
44 Albury Way
North Brunswick, NJ 08902

Sahil Patel & Divyang Gupta
930 Jefferson St.
Apt 2
Hoboken, NJ 07030

Sahil Patel & Divyang Gupta, c.o LoFARO CARVE
Attn: Carmine LoFaro, Esq.
20 Court Street, Ste 4
Hackensack, NJ 07601

Salomone Brothers, Inc. DC00391512
Attn: CEO/President/Registered Agent
17 Demarest Drive
Wayne, NJ 07470

Sanjay Kumar & Jamuna Yalamanchili
6313 Grafton Farm Dr
Gaithersburg, MD 20882

Sarju & Purvi Patel
9 Emily Court
Jamesburg, NJ 08831

Sherli & Madhusoodana Nambiar
26309 Mullinix Mill Rd
Mount Airy, MD 21771

SHOPONE CENTERS MANAGEMENT COMPANY LLC
c/o SIRLIN LESSER & BENSON PC
123 S BROAD ST STE 2100
Philadelphia, PA 19109

Sitaben Patel
1 Hillside Rd
Parsippany, NJ 07054

Sitaben Patel
1 Hillside Rd.
Denville, NJ 07834

Sneha Patel
117 Wild Plum Dr.
Coppell, TX 75019

SO-Oak Park Commons, LLC
Attn: President/CEO/Registered Agent
10100 Waterville ST
Whitehouse, OH 43571

State of NJ, Div of Taxation
Attn:  Bankruptcy Section
P.O. Box 245
Trenton, NJ 08646

Steven R. Scrivo, DMD
185 Fairfield Ave, Ste 4A
Caldwell, NJ 07006

Sumi Sharma
30991 Periwinkle Dr.
Union City, CA 94587

Summit Health
Attn: President/CEO/Registered Agent
PO Box 8398
Pompano Beach, FL 33075

Sunil Vaid
930 Cranbury Cross Rd.
North Brunswick, NJ 08902

The Cintron Firm, LLC
Attn: Mark J. Cintron
25 E Salem St #400
Hackensack, NJ 07601

The Company Corporation
Attn: President/CEO/Registered Agent
251 LITTLE FALLS DRIVE
Wilmington, DE 19808

Townhomes at Hunting Ridge Condo. Assoc., Inc
c/o Hill Wallack, LLP; Attn: Jonathan H.
21 Roszel Road
Princeton, NJ 08543

Traffic Planning and Design
2500 East High St. STE 650
Pottstown, PA 19464

Tushar Patel
717 Meadow Lane SW
Vienna, VA 22180

Tushar Patel, c/o THE MILUN LAW FIRM, LLC
Attn:  Susan Ferreira
20 Commerce Drive, Suite 135
Cranford, NJ 07016

U.S. Attorney's Office District of NJ
Attn: Eamonn O'Hagan Senior/ Bankruptcy
970 Broad Street
Newark, NJ 07102

U.S. Bank National Association, as Trustee
Attn: President/CEO/Officer of the Insti
191 South LaSalle Street, 7th Floor
Chicago, IL 60603

U.S. Bank Natl Assoc, as Trust. Velocity Comm
c/o STERN & EISENBERG, PC
1120 RT. 73, Ste 400
Mount Laurel, NJ 08054

United Sprinkler
Attn: President/CEO/Registered Agent
1117 McBride Ave.
Little Falls, NJ 07424

Unity Bank
Attn: President/CEO/Officer of the Insti
64 Old Highway 22
Clinton, NJ 08809

Unity Bank, c/o FEIN, SUCH, KAHN & SHEPARD, P
Attn:  Vincent DiMaiolo, Jr.
6 Campus Drive, Suite 304
Parsippany, NJ 07054

Viacord
Attn: President/CEO/Registered Agent
PO Box 504822
Saint Louis, MO 63150

Vijay Gandhi
1949 Seabee Pl
San Jose, CA 95133

Vox Funding, LLC
Attn: President/CEO/Registered Agent
132 E 43RD ST, SUITE 311
New York, NY 10017

Vox Funding, LLC, c/o BRONSTER LLP
156 W 56TH ST, Ste 703
New York, NY 10019

Vox Funding, LLC, c/o Law Offices of Nicholas
Attn:  Nicholas Benedetto
352 7th Ave Suite 907
New York, NY 10001

Wells Fargo Bank, N.A.
Attn: President/CEO/Officer of the Insti
7255 Baymeadows Wa
Jacksonville, FL 32256

Windham Professionals (Viacord)
Attn: President/CEO/Registered Agent
PO Box 1048
Salem, NH 03079

Worldpay Payment Resolution
Attn: President/CEO/Registered Agent
PO Box 639726
Cincinnati, OH 45263

United States Bankruptcy Court

District of New Jersey

In re:  Rupal K. Patel                                    Case No.

                                                          Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____08/21/2024_____          /s/ Rupal K. Patel
                                          _____
                                          Signature of Debtor


                                          _____
                                          Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   |   |   |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

In re  Rupal K. Patel

Case No. _____

**Debtor**

Chapter ___11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00
_____

The undersigned shall bill against the retainer at an hourly rate of   . . . . . . . .    Legal assistants: $150    .
                                                                                          Paralegal support: $195
                                                                                          Law Clerks: $275
                                                                                          Associates: $395+
Debtor(s) have agreed to pay all Court approved fees and expenses                         Partners:  $525
exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/21/2024                          /s/ David Stevens, 034422007

*Date*                              *Signature of Attorney*

                                    Scura Wigfield, Heyer, Stevens & Cammarota LLP

                                    *Name of law firm*
                                    1599 Hamburg Turnpike
                                    Wayne, NJ 07470